# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130676

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

FRANK OWEN GALLOWAY,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130676
COA: 263487
Muskegon CC: 92-034834-FC

On order of the Court, the application for leave to appeal the February 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

s0724

Clerk